# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marisela Diaz, | 2:23-cv-02038-JAD-MDC |
| Plaintiff(s), | |
| vs. | **Order** |
| One World Products, LLC, *et al*, | |
| Defendant(s). | |

For good cause shown, the Court GRANTS the Motion *to Extend Time for Service of Process* (ECF No. 15). Fed. R. Civ. P. 4(m). Plaintiff shall file Proof of Service by **July 3, 2024**.

DATED this 15th day of May 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge