DEANNA L. FORBUSH (6646)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
dforbush@foxrothschild.com
*Attorneys for One World Products, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARISELA DIAZ an individual,<br><br>Plaintiff,<br><br>v.<br><br>ONE WORLD PRODUCTS, LLC[1], a corporation; Isiah International, LLC, a corporation; Does 1 through X, Roe business entities I through X, Inclusive,<br><br>Defendants. | Case No.   2:23-cv-02038-JAD-MDC<br><br>**STIPULATION AND [Proposed] ORDER EXTENDING TIME FOR DEFENDANT ONE WORLD PRODUCTS, LLC TO FILE RESPONSE TO COMPLAINT** |

Defendant One World Products, Inc. ("Defendant") and Plaintiff Marisela Diaz ("Plaintiff") by and through their undersigned counsel, hereby enter into the following stipulation and proposed order:

**WHEREAS**, on December 8, 2023, Plaintiff filed a Complaint against Defendant;

**WHEREAS**, on May 16, 2024, the Summons was issued by this Court;

**WHEREAS**, on May 23, 2024, the Summons and Complaint was served on Defendant's Registered Agent of Process; and

**WHEREAS**, the Parties agree to extend the deadline for Defendant One World Products, Inc. to respond to the Compliant until June 27, 2024.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, that Defendant's

---

[1] One World Products, LLC was named as One World Products, Inc. on the Summons issued on May 16, 2024

deadline to respond to the Complaint is extended until on or before June 27, 2024.

DATED: June 12, 2024

**FOX ROTHSCHILD LLP**

*/s/ Deanna L. Forbush*
DEANNA L. FORBUSH (6646)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
dforbushfoxrothschild.com
*Attorneys for Defendant One World Products, Inc.*

DATED: June 12, 2024

**HATFIELD & ASSOCIATES, LTD.**

*/s/ Trevor J. Hatfield*
TREVOR J. HATFIELD (7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff Marisela Diaz*

**IT IS SO ORDERED.**

_____
**Hon. Maximiliano D. Couvillier III**
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 6/18/2024