# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marisela Diaz,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>One World Products, LLC, *et al.*,<br><br>                    Defendant(s). | 2:23-cv-02038-JAD-MDC<br><br>**Order** |

The parties' *Stipulation for the Extension of Time* (ECF No. 22) is GRANTED IN PART. Defendant One World Products, Inc. shall have until July 29, 2024, to respond to plaintiff's complaint. The stipulation is DENIED in all other aspects.

DATED this 21st day of June 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge