UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Marisela Diaz,

           Plaintiff(s),

vs.

One World Products, LLC, *et al*,

           Defendant(s).

2:23-cv-02038-JAD-MDC

**ORDER DENYING STIPULATION**

**IT IS ORDERED** that the *Stipulation for Extension of Time* (ECF No. 24) is **DENIED.** This is the parties' third stipulation, not second. The stipulation does not provide any definite period or commitment for plaintiff to amend the complaint and the Court is concerned about indefinite extensions on a matter that has been pending for over 8 months. Defendant shall respond to complaint by **August 5, 2024.**

DATED this 24th day of July 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge