TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARISELA DIAZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ONE WORLD PRODUCTS, LLC;<br><br>Defendant. | CASE NO: 2:23-cv-02038-JAD-MDC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41**<br><br>ECF Nos. 26, 31 |

Plaintiff, above-captioned, voluntarily dismisses the above-captioned case without prejudice pursuant to FRCP 41 (a)(1)(A)(i). Defendant, above-captioned, has not answered nor filed a motion for summary judgment.

Dated this 29th day of August 2024.

**HATFIELD & ASSOCIATES, LTD.**

By:   /s/ *Trevor J. Hatfield*
_____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
Email: thatfield@hatfieldlawassociates.com

### ORDER

Based on the plaintiff's notice of voluntary dismissal [ECF No. 31] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** without prejudice, each side to bear its own fees and costs. The motion to dismiss **[ECF No. 26] is DENIED** without prejudice as moot, and **the 9/23/24 hearing is VACATED**. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 17, 2024